SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
FIDEL HERNANDEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| FIDEL HERNANDEZ, | Case No.: 2:21-cv-00312 CJC (AFMx) |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| vs. | |
| YTW24 CORPORATION D/B/A 24 HRS COIN LAUNDRY; FRESNO CAPITAL FUND LLC; and DOES 1 to 10, | |
| Defendants. | |

Notice is hereby given that Plaintiff Fidel Hernandez ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case and agreed to all terms of the settlement agreement. Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time for completion of the settlement payments.

DATED: April 16, 2021

SO. CAL EQUAL ACCESS GROUP

*/s/ Jason J. Kim*
JASON J. KIM
Attorney for Plaintiff

NOTICE OF SETTLEMENT OF ENTIRE CASE