JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-00312-CJC-AFM         Date  4/16/2021
Title    FIDEL HERNADEZ V. YTW24 CORPORATION ET AL

Present:  The Honorable  CORMAC J. CARNEY, U.S. DISTRICT JUDGE

  Cheryl Wynn                Not Reported
  Deputy Clerk            Court Reporter / Recorder

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

  None Present                None Present

**Proceedings:**     **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

Having been advised by a Notice of Settlement [13] that the case has been settled in its entirety, the Court hereby orders this action dismissed without prejudice. The Court further orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for thirty (30) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

_   :   _
Initials of Deputy Clerk:  cw